PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4810
Facsimile: 415-744-0134
Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| COBY MACALUSO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:23-cv-01302-JDP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 10 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due December 6, 2023. This is Defendant's second request for an extension of this deadline.

2. Counsel for the Commissioner has referred to this matter to his client regarding the defensibility of this case. Due to the Thanksgiving holiday, Counsel for the Commissioner is still awaiting a response regarding this case from his client. Counsel for the Commissioner will be out of the office when his client is expected to respond and this brief 10 day extension would properly allow Counsel for the Commissioner to explore settlement. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 16, 2023, respond to Plaintiff's Motion for Summary Judgment.

Date: *December 12, 2023*

LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Caspar Chan for Francesco Benavides **
FRANCESCO BENAVIDES
**Authorized by email on December 12, 2023*
Attorneys for Plaintiff

Date: *December 12, 2023*

PHILIP A. TALBERT
United States Attorney
Eastern District of California

By: */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated: December 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE