PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| COBY MACALUSO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:23-cv-01302-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, further develop the record as necessary, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *December 18, 2023*          LAW OFFICES OF FRANCESCO BENAVIDES

By:   */s/ Caspar Chan for Francesco Benavides *
FRANCESCO BENAVIDES
*Authorized by email on December 18, 2023*
Attorneys for Plaintiff

Date: *December 18, 2023*          PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Accordingly, it is hereby ORDERED that:

1. The Clerk of Court is directed to enter final judgment in favor of plaintiff, and against defendant.

2. Plaintiff's motion for summary judgment, ECF No. 9, is denied as moot.

3. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

Dated:    December 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE